# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2026 KW 0231

**MAY 8, 2026**

---

In Re:    Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 472552, 1077-F-2021.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED WITH ORDER.** In the application for postconviction relief, relator complains about the revocation of his parole in district court number 472552, following his conviction in district court number 1077-F-2021. Thus, relator's pleading is construed as a petition for judicial review which should be filed in Nineteenth Judicial District Court which has jurisdiction over decisions of the Parole Board. La. R.S. 15:574.11; **Moore v. Louisiana Parole Board**, 2022-1278 (La. App. 1st Cir. 6/2/23), 369 So.3d 415, 418. Accordingly, the Clerk of Court for the Nineteenth Judicial District Court is again **ORDERED** to accept, file, and act upon the pleading, which is herewith transferred to the district court. See **State v. Wetzel**, 2025-00894 (La. 12/23/25), 425 So.3d 102 (per curiam).

SMM<br>WEF

**Edwards, J.,** dissents and I would deny the writ application. The Nineteenth Judicial District Court Clerk's office properly refused to file and treat relator's pleading as a petition for judicial review. Relator complains about the revocation of his parole in district court number "472552." However, he wrote district court number "1077-F-2021" on his application for postconviction relief and indicates he was convicted of simple burglary. Relator is not on parole in district court number 1077-F-2021. Thus, the Nineteenth Judicial District Court is not the proper venue to consider his application for postconviction relief filed under district court number 1077-F-2021.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT